UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

**Dennis P. and Jean A. Leahy**  Chapter 7 Case
**Debtors.**  # 06-10574

*Appearances:*   *Thomas Niksa, Esq.*   *Raymond J. Obuchowski, Esq.*
                 *St. Albans, VT*        *Bethel, VT*
                 *Attorney for Debtors*  *Attorney for Trustee*

ORDER
OVERRULING TRUSTEE'S OBJECTIONS TO DEBTORS' CLAIM OF EXEMPTION IN 403(B) PLAN
AND DENYING TRUSTEE'S TURNOVER DEMAND

For the reasons set forth in the Memorandum of Decision of even date, IT IS HEREBY ORDERED that the Debtor's 403(b) retirement plan is not property of the estate, the Trustee's objections to the Debtors' exemption are overruled, and the Trustee's demand for turnover is denied.

**SO ORDERED.**

July 3, 2007                                     Colleen A. Brown
Rutland, Vermont                                 United States Bankruptcy Judge

Filed & Entered
On Docket
July 3, 2007